**Rodney DILLARD, Plaintiff–Appellant,**

v.

**UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 1657, United Food and Commercial Workers International Union, in its individual capacity and in its capacity as Trustee of Local 1657, Federation of Agents and International Representatives, Defendants–Appellees.**

No. 12–11445
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 17, 2012.

William M. Acker, III, Attorney at Law, Birmingham, AL, for Plaintiff–Appellant.

Glen M. Connor, Matthew S. Swerdlin, Quinn Connor Weaver Davies & Rouco, LLP, Birmingham, AL, Peter David Nuss-

baum, Peder John Vikan Thoreen, Altshuler Berzon, LLP, San Francisco, CA, for Defendants–Appellees.

Before HULL, MARTIN, and FAY, Circuit Judges.

PER CURIAM:

The summary judgment entered in this matter is affirmed for the reasons set forth in the detailed and scholarly *Memorandum Opinion* of the district court, dated February 9, 2012.

**AFFIRMED.**